# EXHIBIT A

# Civil Case Information Statement

| Case Details: MERCER | Civil Part Docket# L-001161-21 |

**Case Caption:** MARTIN NOAM VS DHL EXPRESS (USA), I NC.
**Case Initiation Date:** 06/02/2021
**Attorney Name:** STEPHEN P DE NITTIS
**Firm Name:** DE NITTIS OSEFCHEN AND PRINCE PC
**Address:** 5 GREENTREE CENTRE 525 ROUTE 73 NORTH STE 410
MARLTON NJ 08053
**Phone:** 8567979951
**Name of Party:** PLAINTIFF : Martin, Noam
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** TORT-OTHER
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 12 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by:** Noam Martin? NO

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** YES

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
    **If yes, for what language:**


**Please check off each applicable category:** Putative Class Action? YES  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/02/2021                                                              /s/ STEPHEN P DE NITTIS
Dated                                                                                    Signed