**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Pkwy., PO Box 1997
Morristown, NJ  07962-1997
(973) 538-4006
(973) 538-5146 (Fax)
spbenenson@pbnlaw.com
Attorneys for Defendant
*DHL Express (USA), Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOAM MARTIN, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC.,<br><br>Defendant. | Civil Action No.:  3:21-cv-13363-PGS-TJB<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. CIV. RULE 12(b)(6)** |

TO:   Stephen P. DeNittis
      DeNittis Osefchen Price, P.C.
      525 Route 73 North, Suite 410
      Marlton, NJ 08053
      *Attorneys for Plaintiff*

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant DHL Express (USA), Inc., will move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order granting Defendant's Motion to Dismiss the First Amended Complaint pursuant to Fed. Civ. Rule 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of the within motion, Defendant shall rely on its Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint.

6514065

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendant requests oral argument.

*s/ Steven P. Benenson*
Steven P. Benenson
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ  07962-1997
Tel.: (973) 538-4006
Fax: (973) 538-5146
Attorneys for Defendant
*DHL Express (USA), Inc.*

Dated:  August 20, 2021

6514065